FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 SEP 10  AM 11: 03

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AUGUSTUS WILLIAMS | CIVIL ACTION |
| VERSUS | NO: 05-3952 |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY | SECTION: "F" (4) |

### ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly,

**IT IS ORDERED** that the the ALJ's decision is not based upon substantial evidence because the ALJ's applied the wrong standard at step two and the matter is therefore **REVERSED AND REMANDED**. On remand, the ALJ must reconsider his evaluation of the severity determination at step two in light of the standard set forth in *Stone v. Heckler*, 752 F.2d 1099 (5th Cir. 1984).

New Orleans, Louisiana, this 5th day of Sept., 2007.

UNITED STATES DISTRICT JUDGE

Fee___
Process___
X Dktd___
✓ CtRmDep___
___ Doc. No___